IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| PUERTO RICO FARM CREDIT;<br><br>    Plaintiff,<br><br>        v.<br><br>EDUARDO RUIZ VALENTÍN, his wife REYES NORIEGA RAMOS and the conjugal partnership constituted by them;<br><br>    Defendants. | CIVIL NO.: 09-1377 (MEL) |

**OPINION AND ORDER**

**I.    PROCEDURAL BACKGROUND**

On April 23, 2009, plaintiff Puerto Rico Farm Credit ("PRFC") filed the complaint in the instant case against defendants Eduardo Ruiz Valentín, Reyes Noriega Ramos, and the conjugal partnership formed by them, alleging that defendants had defaulted on their loan obligations to plaintiff and requesting that the court condemn defendants to pay the full amount of the loans and decree the public sales of real estate properties mortgaged to guarantee the loans. (Docket No. 1.) Pending before the court are a motion for summary judgment submitted by plaintiff, defendants' response, and plaintiff's reply.  (Docket Nos. 23, 29, 37.)

**II.   LEGAL ANALYSIS**

Summary judgment may be entered only if "the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any, show that there is no genuine issue as to any material fact and . . . the moving party is entitled to judgment as a matter of law." Fed.R.Civ.P. 56(c).  The material facts in this case are not in dispute.  Defendants executed

five mortgage notes and five mortgage deeds to guarantee a loan from PRFC in the principal amount of $4,304,300.00, with interest at the rate of 5.00% per annum. (Docket No. 23-4, ¶¶ 1-5; Docket No. 23-2, ¶ 3; Docket No. 1, ¶¶ 4-8.) The mortgage notes and deeds also provided that in the event of foreclosure or other judicial proceedings to collect payment, defendants would pay to the owner of the mortgage notes an amount equal to ten percent (10%) of the original principal amount of the loans. (Docket No. 23-4, ¶ 4; Docket No. 1, ¶ 7; Docket No. 23-2, ¶¶ 3-4; Docket No. 38-2 at 2; Docket No. 1-2 at 2; Docket No. 38-4 at 1; Docket No. 1-4 at 1; Docket No. 38-5 at 2; Docket No. 1-5 at 2; Docket No. 38-9 at 1; Docket No. 1-9 at 1; Docket No. 38-10 at 2; Docket No. 1-10 at 2; Docket No. 38-15 at 1; Docket No. 1-14 at 1; Docket No. 38-16 at 2; Docket No. 1-15 at 2; Docket No. 35-21 at 1; Docket No. 1-19 at 1; Docket No. 38-22 at 2; Docket No. 1-20 at 2; Docket No. 38-26 at 1; Docket No. 1-24 at 1; Docket No. 38-27 at 2; Docket No. 1-25 at 2.) Defendants defaulted on their loan obligations, and as a result the following amounts have become due and payable: $4,304,268.28 of principal; $95,015.78 of accrued interest as of April 8, 2009; interest on unmatured principal accruing thereafter at the rate of 5.25% per annum, approximately equivalent to $619.10 daily until the date of its full payment; and $430,500.00 for costs, expenses, and attorney's fees. (Docket No. 23-4, ¶¶ 3, 4, 6, 7; Docket No. 1, ¶¶ 6, 7, 9; Docket No. 23-2, ¶¶ 3-4; Docket No. 23-3.)[1]

Fourteen different properties guaranteed the mortgages. (Docket No. 1 at 3-18; Docket No.

---

[1] As to all facts in this paragraph, which are proposed by plaintiff and supported by evidence in the record, defendants' opposition to the motion for summary judgment either admits the fact, omits reference to the fact, or disputes the fact without providing citation to the record. (Docket No. 29.) Therefore, all of plaintiff's proposed facts are admitted. See Local Rule 56(e).

The figure of $430,500.00 reflects defendants' agreement to pay an amount equal to ten percent of the loan principal in the event plaintiff initiated judicial proceedings to collect payment. Ten percent of the loan principal is $430,430.00. Nonetheless, defendants have not contested the proposed fact that seventy extra dollars are due. (Docket No. 29.)

23-4 at 2-17; Docket No. 23-2, ¶ 3; Docket Nos. 1-5, 1-6, 1-7, 1-8, 38-5, 38-6, 38-7, 38-8, 1-10, 1-11, 1-12, 1-13, 38-10, 38-11, 38-12, 38-13, 38-14, 1-15, 1-16, 1-17, 1-18, 38-16, 38-17, 38-18, 38-19, 38-20, 1-20, 1-21, 1-22, 1-23, 38-22, 38-23, 38-24, 38-25, 1-25, 1-26, 1-27, 1-28, 38-27, 38-28, 38-29, 38-30.) However, PRFC has only submitted eleven title searches with property descriptions corresponding to properties described in the mortgage deeds.[2] (Docket Nos. 23-6, 38-31, 23-7, 38-32, 23-8, 38-33, 23-9, 38-34, 23-10, 38-35, 23-11, 38-36, 23-12, 38-37, 23-13, 38-36, 23-14, 38-39, 23-17, 38-42.) Those eleven properties are each encumbered by at least one PRFC mortgage which has been recorded ("*inscrita*") at the Registry of Property ("*Registro de Propiedad*"). Id. Three of the title searches reveal pertinent PRFC mortgages which have been presented ("*presentada*") to the Registry of Property, but which are still pending evaluation ("*calificación*"). (Docket Nos. 23-6, 38-31, 23-7, 38-32, 23-8, 38-33.)

The only disputed legal issue is whether under Puerto Rico law, a creditor may institute foreclosure proceedings based on a mortgage that has been presented to the Registry of Property, but not yet recorded. "In order for voluntary mortgages to be validly constituted, it is required . . . [t]hat the document be recorded in the property registry." P.R. Laws Ann., tit. 30, § 2067; see also P.R. Laws Ann., tit. 31, § 5042 ("[I]t is indispensable, in order that the mortgage may be validly constituted, that the instrument in which it is created be entered in the registry of property."). "Hence, recordation is a constitutive act through which the security produces real effects." Rosario Pérez v. Registrar of the Property of Barranquitas, 15 P.R. Offic. Trans. 644 (P.R. 1984). Therefore, a mortgage that has been merely presented, but not yet recorded, does not vest a creditor with the

---

[2] PRFC has submitted three additional title searches with property descriptions that do not correspond to properties described in the mortgage deeds. (Docket Nos. 23-15, 38-40, 23-16, 38-41, 23-18, 38-43.)

3

right to foreclose. Cooperativa de Ahorro y Crédito de Aguada v. Ocasio Rodríguez, 2009 WL 2843418 (TCA), at * 4-5 (P.R. Cir. 2009).

Accordingly, although plaintiff has a right to demand payment for the entire amount of the loan in default, foreclosure proceedings shall proceed only on the basis of recorded PRFC mortgages evidenced by title searches corresponding to properties described in the mortgage deeds. The eleven such title searches each indicate that the property involved is encumbered by at least one recorded PRFC mortgage. Accordingly, foreclosure proceedings shall proceed as to each of those eleven properties – but only on the basis of the recorded mortgages. Where a property pertains to both a recorded mortgage and an unrecorded mortgage, the pending unrecorded mortgage may not form the basis of foreclosure proceedings unless and until it is recorded. A decree of public sale shall be entered as to the following eleven properties[3]:

### Property One

> RÚSTICA: Parcela número setenta y siete (77) radicada en el Barrio Boquerón del término municipal de Cabo Rojo, Puerto Rico, con una cabida superficial de CINCO CUERDAS (5.00 CDAS.), equivalentes a una (1) hectárea, noventa y seis (96) áreas y sesenta (60) centiáreas. En lindes al NORTE, con el Mar Caribe; por el SUR, parcela número treinta y ocho (38) y servidumbre de paso de diez (10.00) metros de ancho de los cuales cinco (5.00) pertenecen a esta parcela; por el ESTE, parcela número setenta y ocho (78) y servidumbre de paso de diez (10.00) metros de ancho de los cuales cinco (5.00) pertenecen a esta parcela y por el OESTE, parcela número setenta y seis (76) y servidumbre de paso de diez (10.00) metros de ancho de los cuales cinco (5.00) pertenecen a esta parcela.

Property One serves to guarantee three recorded mortgages.[4] (Parcel "A" to "Mortgage Note B,"

---

[3] For ease of reference, the court has assigned numbers to the properties, identifying parenthetically how the numbered properties correspond to the properties denoted in plaintiff's complaint (Docket No. 1) and statement of uncontested facts. (Docket No. 23-4).

[4] PRFC alleges that this property guarantees a fourth mortgage, which allegedly has been presented but not recorded. ("Mortgage Note A," Docket No. 23-4 at 2-3, Docket No. 1 at 3; see Docket No. 23-2, ¶ 3.) However, the title search corresponding to Property One does not indicate that any mortgage has been presented which has not

Docket No. 23-4 at 4, Docket No. 1 at 4; Parcel "B" to "Mortgage Note C," Docket No. 23-4 at 8-9, Docket No. 1 at 9-10; Parcel "D" to "Mortgage Note E," Docket No. 23-4 at 16, Docket No. 1 at 17; Docket Nos. 23-17, 38-42; see Docket No. 23-2, ¶ 3.)

**Property Two**

> RÚSTICA: Parcela número uno (1) radicada en el Barrio Boquerón del término municipal de Cabo Rojo, Puerto Rico, con una cabida superficial de CINCO CUERDAS (5.00 CDAS.) equivalentes a una (1) hectárea, noventa y seis (96) áreas y sesenta (60) centiáreas. En lindes al NORTE, en cincuenta y dos punto ochenta y uno (52.81) metros, con el Mar Caribe; por el SUR, en cincuenta y dos punto ochenta y uno (52.81) metros, con servidumbre de dieciocho (18.00) metros de ancho de los cuales cinco (5.00) pertenecen a esta parcela y que la separa de la parcela número dos (2); por el ESTE, en trescientos ochenta y cuatro punto cuarenta y tres (384.43) metros, con una servidumbre de diez (10.00) metros de ancho de la parcela número siete (7) de Santos Alonso Maldonado y con terrenos de Enrique Carlo Aymat y por el OESTE, en trescientos setenta y cuatro punto veinticuatro (374.24) metros, con la parcela número setenta y nueve (79) de J. Ruiz Valentín. Es para dedicarse a uso agrícola.

Property Two serves to guarantee three separate mortgages, all of which are recorded. (Parcel "B" to "Mortgage Note B," Docket No. 23-4 at 4-5, Docket No. 1 at 5; Parcel "C" to "Mortgage Note C," Docket No. 23-4 at 9, Docket No. 1 at 10; Parcel "E" to "Mortgage Note E," Docket No. 23-4 at 17, Docket No. 1 at 17-18; Docket Nos. 23-19, 38-44; see Docket No. 23-2, ¶ 3.)

**Property Three**

> RÚSTICA: Parcela número cincuenta y cuatro (54) radicada en el Barrio Boquerón del término municipal de Cabo Rojo, Puerto Rico, con cabida superficial de CINCO CUERDAS (5.00 CDAS.), equivalentes a una (1) hectárea, noventa y seis (96) áreas y sesenta (60) centiáreas. En lindes al NORTE, con terrenos de Merino Quirino Pedroso y servidumbre de paso de diez (10.00) metros de ancho de los cuales cinco (5.00) pertenecen a esta parcela; por el SUR, con la parcela número cincuenta y tres (53); por el ESTE, con terrenos de Ricardo Enrique Carlo Díaz y por el OESTE, con la parcela número cincuenta y cinco (55).

---

been recorded. (Docket Nos. 23-17, 38-42.)

5

Property Three guarantees one recorded mortgage. (Parcel "C" to "Mortgage Note B," Docket No. 23-4 at 5, Docket No. 1 at 5-6; Docket Nos. 23-11, 38-36; see Docket No. 23-2, ¶ 3.)

### Property Four

RÚSTICA: Parcela número cincuenta y cinco (55), radicada en el Barrio Boquerón del término municipal de Cabo Rojo, Puerto Rico, con cabida superficial de CINCO CUERDAS (5.00 CDAS.), equivalentes a una (1) hectárea, noventa y seis (96) áreas y sesenta (60) centiáreas. En lindes por el NORTE, con terrenos de Merino Quirino Pedroso y servidumbre de paso de diez (10.00) metros de ancho de los cuales cinco (5.00) pertenecen a esta parcela; por el SUR, con la parcela número cincuenta y dos (52); por el ESTE, con la parcela número cincuenta y cuatro (54) y por el OESTE, con la parcela número cincuenta y seis (56).

Property Four guarantees one recorded mortgage. (Parcel "D" to "Mortgage Note B," Docket No. 23-4 at 5-6, Docket No. 1 at 6; Docket Nos. 23-12, 38-37; see Docket No. 23-2, ¶ 3.)

### Property Five

RÚSTICA: Parcela número cincuenta y seis (56), radicada en el Barrio Boquerón del término municipal de Cabo Rojo, Puerto Rico, con cabida superficial de CINCO CUERDAS (5.00 CDAS.), equivalentes a una (1) hectárea, noventa y seis (96) áreas y sesenta (60) centiáreas. En lindes por el NORTE, con terrenos de Merino Quirino Pedroso y servidumbre de paso de diez (10.00) metros de ancho de los cuales cinco (5.00) pertenecen a esta parcela; por el SUR, con la parcela número cincuenta y dos (52); por el ESTE, con la parcela número cincuenta y cinco (55) y por el OESTE, con la parcela número cincuenta y siete (57).

Property Five guarantees one recorded mortgage. (Parcel "E" to "Mortgage Note B," Docket No. 23-4 at 6, Docket No. 1 at 6-7; Docket Nos. 23-13, 38-38; see Docket No. 23-2, ¶ 3.)

### Property Six

RÚSTICA: Parcela número cincuenta y siete (57), radicada en el Barrio Boquerón del término municipal de Cabo Rojo, Puerto Rico, con cabida superficial de CINCO CUERDAS (5.00 CDAS.), equivalentes a una (1) hectárea, noventa y seis (96) áreas y sesenta (60) centiáreas. En lindes por el NORTE, con terrenos de Merino Quirino Pedroso y servidumbre de paso de diez (10.00) metros de ancho de los cuales cinco (5.00) pertenecen a esta parcela; por el SUR, con las parcelas números ciento ochenta (180) y cincuenta y dos (52); por el ESTE, con la parcela número cincuenta y seis

(56) y por el OESTE, con terrenos de los hermanos Ruiz y servidumbre de paso de diez (10.00) metros de ancho de los cuales cinco (5.00) pertenecen a esta parcela.

Property Six guarantees one recorded mortgage. (Parcel "F" to "Mortgage Note B," Docket No. 23-4 at 6-7, Docket No. 1 at 7; Docket Nos. 23-14, 38-39; see Docket No. 23-2, ¶ 3.)

### Property Seven

RÚSTICA: Parcela de terreno radicada en el Barrio Calvache del municipio de Rincón, Puerto Rico con una cabida superficial de CUARENTA Y SIETE MIL QUINIENTOS OCHENTA Y TRES PUNTO CINCUENTA Y TRES (47,583.53) METROS CUADRADOS igual a doce cuerdas con diez centésimas de otra (12.10 cdas.) . En lindes al NORTE, con camino municipal; por el SUR, con Emilio Ruiz Cajigas; por el ESTE, con Sucesión de Juan Ruiz Crespo y por el OESTE, con la carretera y Víctor Ruiz Valentín.

Property Seven guarantees three mortgages, one of which is recorded (Parcel "B" to "Mortgage Note D," Docket No. 23-4 at 13, Docket No. 1 at 14; Docket Nos. 23-6, 38-31; see Docket No. 23-2, ¶ 3), and two of which have been presented but not recorded. (Parcel "A" to "Mortgage Note C," Docket No. 23-4 at 8, Docket No. 1 at 9; Parcel "B" to "Mortgage Note E," Docket No. 23-4 at 15, Docket No. 1 at 16; Docket Nos. 23-6, 38-31; see Docket No. 23-2, ¶ 3.)

### Property Eight

RÚSTICA: Parcela número dieciséis (16), radicada en el Barrio Boquerón del término municipal de Cabo Rojo, Puerto Rico, con una cabida superficial de CINCO CUERDAS (5.00 CDAS.), equivalente a una (1) hectárea, noventa y seis (96) áreas y sesenta (60) centiáreas y en lindes por el NORTE, con terrenos de los hermanos Ruiz y servidumbre de paso de diez (10.00) metros de ancho de los cuales cinco (5) metros, pertenecen a esta parcela; por el SUR, con la parcela número sesenta y cuatro (64) y servidumbre de paso de diez (10.00) metros de ancho, de los cuales cinco (5) pertenecen a esta parcela; por el ESTE, con la parcela número ciento ochenta (180) y servidumbre de paso de diez (10.00) metros de ancho, de los cuales cinco (5) pertenecen a esta parcela y por el OESTE, parcela número quince (15) y servidumbre de paso de diez (10.00) metros, de los cuales cinco (5) pertenecen a esta parcela.

Property Eight guarantees one recorded mortgage. (Parcel "E" to "Mortgage Note C," Docket No.

23-4 at 10-11, Docket No. 1 at 11; Docket Nos. 23-9, 38-34; see Docket No. 23-2, ¶ 3.)

### Property Nine

> RÚSTICA: Parcela número treinta y tres (33), radicada en el Barrio Boquerón del término municipal de Cabo Rojo, Puerto Rico, con una cabida superficial de CINCO CUERDAS (5.00 CDAS.), equivalente a una (1) hectárea, noventa y seis (96) áreas y sesenta (60) centiáreas y en lindes por el NORTE, con terrenos de los Hermanos Ruiz y servidumbre de paso de diez (10.00) metros de ancho, de los cuales cinco (5) metros, pertenecen a esta parcela; por el SUR, con la parcela número cinco (5) y servidumbre de paso de diez (10.00) metros de ancho, de los cuales cinco (5) pertenecen a esta parcela; por el ESTE, con la parcela número ciento treinta y ocho (138) y servidumbre de paso de diez (10.00) metros de ancho, de los cuales cinco (5) pertenecen a esta parcela y por el OESTE, parcela número treinta (30) y servidumbre de paso que las separa.

Property Nine guarantees one recorded mortgage. (Parcel "F" to "Mortgage Note C," Docket No. 23-4 at 11, Docket No. 1 at 11-12; Docket Nos. 23-10, 38-35; see Docket No. 23-2, ¶ 3.)

### Property Ten

> RÚSTICA: Parcela de terreno que radica en el Barrio Calvache del municipio de Rincón, Puerto Rico, con un área superficial de QUINCE MIL SETECIENTOS TREINTA Y TRES PUNTO CINCO MIL NOVECIENTOS VEINTICINCO (15,733.5925) METROS CUADRADOS, equivalentes a cuatro cuerdas con treinta y una diezmilésimas de otra (4.0031 cdas.). Colinda al NORTE, con camino municipal; al SUR, con una quebrada; al ESTE, con terrenos del remanente de finca principal y al OESTE, con terrenos propiedad de Víctor Ruiz.

Property Ten guarantees two mortgages, one of which is recorded (Parcel "A" to "Mortgage Note D," Docket No. 23-4 at 13, Docket No. 1 at 12; Docket Nos. 23-8, 38-33; see Docket No. 23-2, ¶ 3) and one of which has been presented but not recorded. (Parcel "A" to "Mortgage Note E," Docket No. 23-4 at 15, Docket No. 1 at 15-16; Docket Nos. 23-8, 38-33; see Docket No. 23-2, ¶ 3.)

### Property Eleven

> RÚSTICA: Fracción de terreno compuesta de DOS CUERDAS CON CUARENTA Y TRES CENTÉSIMAS DE OTRA (2.43 cdas.), equivalentes a noventa y seis (96) áreas, sesenta y ocho (68) centiáreas y setenta y cinco (75) miliáreas radicada en el

> Barrio Calvache del municipio de Rincón, Puerto Rico. En lindes al NORTE, con predio segregado; por el SUR, con José González de Armas; por el ESTE, con la carretera insular número dos (2); y por el OESTE, con Antonio Santos.
>
> Expropiados posteriormente tres (3) parcelas de Setecientos Cincuenta y Uno Punto Mil Quinientos Cincuenta y Cuatro (751.1554) Metros Cuadrados; Seiscientos Diez Punto Cuatrocientos Noventa y Tres (610.493) Metros Cuadrados y Setecientos Cincuenta y Uno Punto Mil Quinientos Cincuenta y Cuatro (751.1554) Metros Cuadrados, sin que conste descrito el remanente.

Property Eleven guarantees two mortgages, one of which is recorded (Parcel "C" to "Mortgage Note D," Docket No. 23-4 at 13-14, Docket No. 1 at 14, Docket Nos. 23-7, 38-32; see Docket No. 23-2, ¶ 3) and one of which has been presented but not recorded. (Parcel "C" to "Mortgage Note E," Docket No. 23-4 at 15-16, Docket No. 1 at 16-17; Docket Nos. 23-7, 38-32; see Docket No. 23-2, ¶ 3.)

PRFC has not submitted title searches corresponding to three of the properties described in the mortgage deeds. Accordingly, foreclosure proceedings shall not proceed as to the following three properties:

**Property Twelve**

> RÚSTICA: Parcela número ciento setenta y ocho (178), radicada en el Barrio Boquerón del término municipal de Cabo Rojo, Puerto Rico, con una cabida superficial de CINCO CUERDAS (5.00 CDAS.), equivalentes a una (1) hectárea, noventa y seis (96) áreas y sesenta (60) centiáreas. En lindes por el NORTE, con las parcelas números cinco (5), seis (6) y sesenta y cuatro (64) y servidumbre de paso de diez (10.00) metros de ancho de los cuales cinco (5.00) pertenecen a esta parcela; por el SUR, con las parcelas números ciento setenta y seis (176) y sesenta y seis (66) y servidumbre de paso de diez (10.00) metros de ancho de los cuales cinco (5.00) pertenecen a esta parcela; por el ESTE, con la parcela número treinta y dos (32) y por el OESTE, con la parcela número ciento setenta y seis (176) y servidumbre de paso de diez (10.00) metros de ancho de los cuales cinco (5.00) pertenecen a esta parcela.

Property Twelve allegedly guarantees one recorded mortgage. (Parcel "G" to "Mortgage Note B," Docket No. 23-4 at 7, Docket No. 1 at 7-8; see Docket No. 23-2, ¶ 3. Compare Docket No. 23-18

and Docket No. 38-43 with Docket No. 1-13 at 3.)

### Property Thirteen

> RÚSTICA: Parcela número ciento treinta y ocho (138), radicada en el Barrio Boquerón del término municipal de Cabo Rojo, Puerto Rico, con una cabida superficial de CINCO CUERDAS (5.00 CDAS.), equivalente a una (1) hectárea, noventa y seis (96) áreas y sesenta (60) centiáreas y en lindes por el NORTE, parcela número treinta y dos (32) y servidumbre de paso de diez (10.00) metros de ancho de los cuales cinco (5) pertenecen a esta parcela; por el SUR, con la parcela número seis (6) y servidumbre de paso de diez (10.00) metros de ancho, de los cuales cinco (5) pertenecen a esta parcela; por el ESTE, con la parcela número quince (15) y servidumbre de paso de diez (10.00) metros de ancho, de los cuales cinco (5) pertenecen a esta parcela y por el OESTE, con la parcela número treinta y tres (33) y servidumbre de paso de diez (10.00) metros de los cuales cinco (5) pertenecen a esta parcela.

Property Thirteen allegedly guarantees one recorded mortgage. (Parcel "D" to "Mortgage Note C," Docket No. 23-4 at 10, Docket No. 1 at 10-11; see Docket No. 23-2, ¶ 3. Compare Docket No. 23-15 and Docket No. 38-40 with Docket No. 1-18 at 2.)

### Property Fourteen

> RÚSTICA: Parcela número quince (15) radicada en el Barrio Boquerón del término municipal de Cabo Rojo, Puerto Rico, con una cabida superficial de CINCO CUERDAS (5.00 CDAS.), equivalente a una (1) hectárea, noventa y seis (96) áreas y sesenta (60) centiáreas y en lindes por el NORTE, parcela número dieciséis (16) y servidumbre de paso de diez (10.00) metros de ancho, de los cuales cinco (5) metros, pertenecen a esta parcela; por el SUR, con la parcela número seis (6) y servidumbre de paso de diez (10.00) metros de ancho, de los cuales cinco (5) pertenecen a esta parcela; por el ESTE, con la parcela número dieciséis (16) y servidumbre de paso de diez (10.00) metros de ancho, de los cuales cinco (5) pertenecen a esta parcela y por el OESTE, con la parcela número ciento treinta y ocho (138) y servidumbre de paso de diez (10.00) metros, de los cuales cinco (5) pertenecen a esta parcela.

Property Fourteen allegedly guarantees one recorded mortgage. (Parcel "G" to "Mortgage Note C," Docket No. 23-4 at 11-12, Docket No. 1 at 12; see Docket No. 23-2, ¶ 3. Compare Docket No. 23-16 and Docket No. 38-41 with Docket No. 1-18 at 3.)

**III.    CONCLUSION**

For the reasons explained above, PRFC's Motion for Summary Judgment (Docket No. 23) is GRANTED IN PART AND DENIED IN PART.

Judgment shall be entered in favor of PRFC in the amount of $4,304,268.28 of principal, plus $95,015.78 of accrued interest as of April 8, 2009, plus interest on unmatured principal accruing thereafter at the rate of 5.25% per annum, approximately equivalent to $617.10 daily until the date of its full payment, plus $430,500.00 for costs, expenses and attorney's fees.

A decree of public sale shall be entered as to Properties One through Eleven, as described above, but only on the basis of recorded mortgages. Mortgages which have been presented to the Registry of Property but not recorded remain pending. The request for a decree of public sale as to Properties Twelve, Thirteen, and Fourteen, however, is denied.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 9th day of April, 2010.

s/Marcos E. López  
U.S. MAGISTRATE JUDGE